# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.:

NEIL ELBERT GUERIN, JR.,
WILLIE EVANS, JR.,
SHANICE LEGAIR,
TONI GAD,

                Plaintiffs,

v.

HEALTH INSURANCE ALLIANCE, LLC,
MARK PALTEROVICH,

                Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

TO:          Defendant:      Health Insurance Alliance, LLC
             Registered Agent:  Mark Palterovich
                               2200 West Commercial Boulevard Suite 309
                               Fort Lauderdale, Florida 33309

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Elliot Kozolchyk, Esq.
                Koz Law, P.A.                   Tel:    (786) 924-9929
                800 East Cypress Creek Road, Suite 421   Fax:   (786) 358-6071
                Fort Lauderdale, Florida 33334         Email:  ekoz@kozlawfirm.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.:

NEIL ELBERT GUERIN, JR.,
WILLIE EVANS, JR.,
SHANICE LEGAIR,
TONI GAD,

       Plaintiffs,

v.

HEALTH INSURANCE ALLIANCE, LLC,
MARK PALTEROVICH,

      Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

TO:       Defendant:     Mark Palterovich
                       851 NE 1st Ave Unit 2209
                       Miami, Florida 33132

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Elliot Kozolchyk, Esq.
     Koz Law, P.A.              Tel:    (786) 924-9929
     800 East Cypress Creek Road, Suite 421   Fax:   (786) 358-6071
     Fort Lauderdale, Florida 33334      Email:  ekoz@kozlawfirm.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____