<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff Neil Elbert Guerin, Jr.**

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Payroll Hourly Rate[1] | Average Weekly Hourly Pay[1] | Average Weekly Non-Hourly Pay[1] | FLSA Equivalent Hourly Rate[1] | FLSA Applicable Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|
| 2/28/22 - 6/13/22 | 15.14 | 40.5 | $ 20.00 | $ 768.07 | $ 567.92 | $ 34.02 | $ 51.03 | $ 763.71 | $ 763.71 |
| 12/20/21 - 2/27/22 | 10.00 | 42.9 | $ 20.00 | $ 775.50 | $ 609.50 | $ 34.21 | $ 51.31 | $ 1,321.01 | $ 1,321.01 |
| 12/8/21 - 12/19/21 | 1.71 | 44 | $ 20.00 | $ 800.00 | $ 700.00 | $ 35.91 | $ 53.86 | $ 260.26 | $ 260.26 |
| 10/15/21 - 12/7/21 | 7.71 | 49.25 | $ 20.00 | $ 912.50 | $ 1,040.00 | $ 41.12 | $ 61.68 | $ 2,026.27 | $ 2,026.27 |
| 8/2/21 - 10/14/21 | 10.57 | 44 | $ 20.00 | $ 800.00 | $ 700.00 | $ 35.91 | $ 53.86 | $ 1,604.94 | $ 1,604.94 |
|  |  |  |  |  |  |  |  | **$ 5,976.19** | **$ 5,976.19** |

Total Unpaid Overtime Wages[1] = $ 5,976.19
Total Liquidated Damages[1] = $ 5,976.19
Total[1] = $ 11,952.38

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.