<u>**Exhibit B**</u>
**Statement of Claim**
**Plaintiff Willie Evans, Jr.**

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Payroll Hourly Rate[1] | Average Weekly Hourly Pay[1] | Average Weekly Non-Hourly Pay[1] | FLSA Equivalent Hourly Rate[1] | FLSA Applicable Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|
| 12/26/21 - 7/19/22 | 29.43 | 44.3 | $ 20.00 | $ 804.03 | $ 786.21 | $ 37.75 | $ 56.62 | $4,800.68 | $ 4,800.68 |
| 12/8/21 - 12/25/21 | 2.57 | 44 | $ 20.00 | $ 770.00 | $ 600.00 | $ 33.64 | $ 50.45 | $ 455.84 | $ 455.84 |
| 10/15/21 - 12/7/21 | 7.71 | 49.25 | $ 20.00 | $ 912.50 | $ 1,040.00 | $ 41.12 | $ 61.68 | $2,026.27 | $ 2,026.27 |
| 8/2/21 - 10/14/21 | 10.57 | 44 | $ 20.00 | $ 770.00 | $ 600.00 | $ 33.64 | $ 50.45 | $1,874.03 | $ 1,874.03 |
|  |  |  |  |  |  |  |  | $9,156.83 | $ 9,156.83 |

Total Unpaid Overtime Wages[1] = $ 9,156.83
Total Liquidated Damages[1] = $ 9,156.83
Total[1] = $ 18,313.65

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.