### Exhibit C
### Statement of Claim
### Plaintiff Shanice Legair

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Payroll Hourly Rate[1] | Average Weekly Hourly Pay[1] | Average Weekly Non-Hourly Pay[1] | FLSA Equivalent Hourly Rate[1] | FLSA Applicable Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|
| 12/26/21 - 7/15/22 | 28.86 | 40.9 | $ 20.00 | $ 741.75 | $ 719.44 | $ 37.59 | $ 56.39 | $1,464.41 | $ 1,464.41 |
| 12/8/21 - 12/25/21 | 2.57 | 45 | $ 20.00 | $ 875.00 | $ 795.00 | $ 37.67 | $ 56.50 | $ 306.43 | $ 306.43 |
| 10/15/21 - 12/7/21 | 7.71 | 49.25 | $ 20.00 | $ 995.00 | $ 1,000.00 | $ 40.30 | $ 60.46 | $1,360.87 | $ 1,360.87 |
|  |  |  |  |  |  |  |  | $3,131.71 | $ 3,131.71 |

|  |  |
|---|---|
| Total Unpaid Overtime Wages[1] = | $ 3,131.71 |
| Total Liquidated Damages[1] = | $ 3,131.71 |
| Total[1] = | $ 6,263.41 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.