**Exhibit D**
Statement of Claim
Plaintiff Toni Gad

## Unpaid Overtime Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Payroll Hourly Rate[1] | Average Weekly Hourly Pay[1] | Average Weekly Non-Hourly Pay[1] | FLSA Equivalent Hourly Rate[1] | FLSA Applicable Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|
| 12/26/21 - 7/20/22 | 29.57 | 44.8 | $20.00 | $795.03 | $923.13 | $40.61 | $60.91 | $5,867.59 | $5,867.59 |
| 12/8/21 - 12/25/21 | 2.57 | 48.75 | $20.00 | $875.00 | $1,050.00 | $41.54 | $62.31 | $724.45 | $724.45 |
| 10/15/21 - 12/7/21 | 7.71 | 53.75 | $20.00 | $1,025.00 | $1,200.00 | $42.33 | $63.49 | $2,630.48 | $2,630.48 |
| | | | | | | | | $9,222.52 | $9,222.52 |

Total Unpaid Overtime Wages[1] = $9,222.52
Total Liquidated Damages[1] = $9,222.52
Total[1] = $18,445.04

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.