UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-61574-AHS

NEIL ELBERT GUERIN, JR.,
WILLIE EVANS, JR.,
SHANICE LEGAIR,
TONI GAD,

    Plaintiffs,

v.

HEALTH INSURANCE ALLIANCE, LLC,
MARK PALTEROVICH,

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE**, pursuant to this Court's Order requiring a Certificate of Interested Persons (D.E. 5), and Federal Rule of Civil Procedure 7.1, Defendant Health Insurance Alliance, LLC affirms that it has no subsidiaries, conglomerates, affiliates, parent corporations, or publicly held corporations owning 10% or more of its stock.  Defendants provide the following list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations:

  a) HEALTH INSURANCE ALLIANCE, LLC – Defendant

  b) MARK PALTEROVICH – Defendant

  c) Mamone Villalon – Counsel for Defendants

  d) Tyler Mamone, Esq. – Counsel for Defendants

  e) Yetian Wang, Esq. – Counsel for Defendants

f) NEIL ELBERT GUERIN, JR. – Plaintiff

g) WILLIE EVANS, JR. – Plaintiff

h) SHANICE LEGAIR – Plaintiff

i) TONI GAD – Plaintiff

j) Koz Law, P.A. – Counsel for Plaintiffs

k) Elliot Kozolchyk, Esq. – Counsel for Plaintiffs

Dated: October 18, 2022                             Respectfully submitted,

By: /s/ *Tyler A. Mamone*
Tyler A. Mamone, Esq.
Florida Bar No.: 111632
Yetian Wang, Esq.
Florida Bar No.: 1025778

**MAMONE VILLALON**
100 SE 2nd St., Suite 2000
Miami, Florida, 33131
Tel: (786) 209-2379
E-mail: tyler@mvlawpllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of such filing to all counsel of record as indicated on the service list.

By: /s/ *Tyler A. Mamone*
Tyler A. Mamone, Esq.